HUGH RINER, E. D. TISON and RICHARD GRANT v. STATE.

179 So. 404.

Opinion Filed March 11, 1938.
On Rehearing March 11, 1938.

*E. Snow Martin,* for Plaintiff in Error, Tison.

*Cary D. Landis,* Attorney General, and *Roy Campbell* and *Tyrus A. Norwood,* Assistant Attorneys General, for the State.

PER CURIAM.—The Court having heretofore granted a Petition for Rehearing to the Plaintiff in Error, E. D. Tison, and having further considered the cause upon the Transcript of the Record of the judgment of the Circuit Court and upon additional briefs and argument submitted upon the rehearing, and being now fully advised in the premises, it is ordered and adjudged by the Court that the judgment entered herein by this Court on July 29, 1937,

affirming the judgment of the Circuit Court, should be and is now hereby reaffirmed, and it is so ordered.

ELLIS, C. J., and WHITFIELD, TERRELL, BROWN, BUFORD and CHAPMAN, J. J., concur.